CHARLES F. LAWLER, Plaintiff, *v.* SHEFFIELD CONSTRUCTION COMPANY et al., Defendants.

SOUND HOLDING COMPANY, Appellant; WILLIAM J. DILTHEY, Respondent.

*Lawler* v. *Sheffield Construction Co.,* 187 App. Div. 939, appeal dismissed.

(Submitted September 30, 1919; decided October 14. 1919.)

APPEAL from so much of an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1919, as modifies an order of the Kings County Court by providing as a condition for the discontinuance of the within action, that the moving party, the Sound Holding Company, pay to the appellant the sum of $367.80, the expenses of the reference, being $75 for referee's fees, $42.80 for those of the stenographer, and $250 for appellant's expenses for counsel; and that if such payment be not made within ten days the motion to discontinue be denied, with ten dollars costs.

*Eugene E. Kelly* for appellant.
*Effingham L. Holywell* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.